# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Eastern Division

**VOLUNTARY PETITION**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Stuart Fishman** | Name of Joint Debtor (Last, First, Middle):<br>**Shaun Fishman** |
| All Other Names Used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names Used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or Tax I.D.<br>No. (if more than one, state all): 6496 | Last four digits of Soc. Sec. No. / Complete EIN or Tax I.D.<br>No. (if more than one, state all): 2136 |
| Street Address of Debtor (including zip code):<br>2023 Limestone Lane<br>Carpentersville, IL 60110 | Street Address of Joint Debtor (including zip code):<br>Various - Revolving Charge |
| County of Residence or Principal Place of Business:<br>~~Cook~~ KANE | County of Residence or Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address):

## INFORMATION REGARDING DEBTOR

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other _____ | | | |

| **Nature of Debts** (Check one box) | |
|---|---|
| ☐ Consumer/Non-Business | ☒ Business |

| **Filing Fee** (Check one box) |
|---|
| ☒ Full Filing Fee attached |
| ☐ Filing Fee to be paid in installments (Applicable to individuals only).<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form. |

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under
11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ 1-15 | ☐ 16-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1000-over |
|---|---|---|---|---|---|

**Estimated Assets**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 03/26/2004
Time: 10:46:04
Debtor: STUART FISHMAN
Case: 04-11995   Fee : 209
Chapter: 7 Rec. # : 3071153
Judge: Initials MB
341 mtg: 04/26/2004 @ 11:00AM
Trustee: JOSEPH VOILAND

1:04BK11995-BK001

(Official Form 1) (12/02)                                                                                                    FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X *Shaun C. Fishman*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

**Signature of Attorney**

X *Francis J. Wesol*
Signature of Attorney for Debtor(s)
*FRANCIS J. Wesolowski*
Printed Name of Attorney for Debtor(s)
*Michael J. Morrison, Ltd*
Firm Name
*114 S. Bloomingdale Rd*
Address
*Bloomingdale, IL 60108*
*630.539.0880*
Telephone Number
*3/24/04*
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

In re:              Fishman, Stuart                    Case No. _____
                    **Debtor**                                      (if known)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois, Eastern Division

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $153000.00 | | |
| B - Personal Property | Yes | 5 | $6700.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $100000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $58000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $652202.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $2,506.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $2,001.00 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | $159,700.00 | | |
| Total Liabilities | | | | $810,202.43 | |

Form B6-Cont.
(12/94)

In re _____ ,          Case No. _____
             Debtor                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 24 _____
(Total shown on summary page plus 1.)
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date 3/24/04                              Signature: X _____
                                                                                    Debtor

Date 3/24/04                              Signature: X Shaun E Fishman
                                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------
#### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
Signature of Bankruptcy Petition Preparer                                  Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110;
18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.          (Total shown on summary page plus 1.)

Date _____

                              Signature: _____

                                        _____
                                        [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

----------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

In re: _____ Fishman, Stuart _____   Case No. _____
_____ **Debtor** _____   _____ (if known) _____

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community". If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Residence<br>2023 Limestone Lane<br>Carpentersville, IL 60110 | Joint tenant | J | 153,000 | 100000 |
| | | Total | $153,000.00 | |

In re: _____ Fishman, Stuart _____          Case No. _____
                                    **Debtor**                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the same case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state the person's name and address under "Description and Location of Property".

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | ☒ | | | |
| 2. Checking, savings or other financial accounts, CD's, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives. | ☐ | First American Bank<br>Fullerton & Addison Roads<br>Addison, IL 60101 | J | 300 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | ☒ | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | ☐ | Used household goods and furnishings at residence | J | 500 |

In re: _____Fishman, Stuart_____          Case No. _____

**Debtor**                                          (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | ☒ | | | |
| 6. Wearing apparel. | ☐ | Clothing | J | 500 |
| 7. Furs and jewelry. | ☒ | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | ☐ | Firearm | H | 400 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ☐ | | | |
| 10. Annuities. Itemize and name each issuer. | ☒ | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | ☒ | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | ☐ | Mad Rags Sportswear, Inc. common stock | J | 0 |

In re: _____Fishman, Stuart_____        Case No. _____
                        **Debtor**                              (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Interest in partnerships or joint ventures. Itemize. | ☒ | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | ☒ | | | |
| 15. Accounts receivable. | ☒ | | | |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. Give particulars. | ☒ | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | ☒ | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | ☒ | | | |
| 19. Contingent and noncontingent interests in estate of a decendant, death benefit plan, life insurance policy, or trust. | ☒ | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ☐ | | | |

In re: _____ Fishman, Stuart _____   Case No. _____
**Debtor**   (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Patents, copyrights, and other intellectual property. Give particulars. | ☒ | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | ☒ | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | ☐ | 1999 Dodge Caravan (84000) miles | J | 3000 |
| 24. Boats, motors, and accessories. | ☒ | | | |
| 25. Aircraft and accessories. | ☒ | | | |
| 26. Office equipment, furnishings, and supplies. | ☒ | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | ☒ | | | |
| 28. Inventory. | ☒ | | | |

In re: _Fishman, Stuart_____    Case No. _____

**Debtor**    (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Animals. | ☒ | | | |
| 30. Crops - growing or harvested. Give particulars. | ☒ | | | |
| 31. Farming equipment and implements. | ☒ | | | |
| 32. Farm supplies, chemicals, and feed. | ☒ | | | |
| 33. Other personal property of any kind not already listed, such as season tickets. Itemize. | ☒ | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | ☐ | 1994 Ford Explorer (110,000 miles) | | 2000 |
| | ☐ | | | |
| | ☐ | | | |
| | | Total | | $6,700.00 |

In re: _____Fishman, Stuart_____     Case No. _____
          **Debtor**                                            **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgement liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeied "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number:<br>West Suburban Bank<br>Box 9122<br>Lombard, IL 60148 | ☐ | J | Residence<br><br><br>VALUE $          100000 | ☐ | ☐ | ☐ | 100000 | |
| Account Number: | ☐ | | <br><br><br>VALUE $ | ☐ | ☐ | ☐ | | |
| Account Number: | ☐ | | <br><br><br>VALUE $ | ☐ | ☐ | ☐ | | |
| Account Number: | ☐ | | <br><br><br>VALUE $ | ☐ | ☐ | ☐ | | |

|  |  |
|---|---|
| Subtotal<br>(Total of this page) | $100,000.00 |
| Total<br>(Use only on last page) | $100,000.00 |

__0__  continuation sheets attached

In re:  _____Fishman, Stuart_____    Case No. _____
                    **Debtor**                                    (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled Codebtor, include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extend provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,300* per farmer of fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $1,950* deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTR, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___   continuation sheets attached

In re: ___Fishman, Stuart___    Case No. _____
           **Debtor**                              (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Account Number: <br> Internal Revenue Service <br> Kansas City, MO 64999 | ☐ | H | 2001 through current <br> Payroll Taxes | ☐ | ☐ | ☐ | 58,000 | 58,000 |
| Account Number: | ☐ | | | ☐ | ☐ | ☐ | | |
| Account Number: | ☐ | | | ☐ | ☐ | ☐ | | |
| Account Number: | ☐ | | | ☐ | ☐ | ☐ | | |
| Account Number: | ☐ | | | ☐ | ☐ | ☐ | | |
| Account Number: | ☐ | | | ☐ | ☐ | ☐ | | |
| Account Number: | ☐ | | | ☐ | ☐ | ☐ | | |
| | | | | Subtotal <br> (Total of this page) | | | $58,000.00 | |
| | | | | Total <br> (Use only on last page) | | | $58,000.00 | |

Sheet no. _1_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

In re: _____Fishman, Stuart_____     Case No. _____
              **Debtor**                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 5396800001638992<br>A T & T Universal<br>Box 6914<br>The Lakes, NV 88901-6914 | ☐ | W | Various - Revolving Charge | ☐ | ☐ | ☐ | 11500 |
| 4305460001218551<br>Fleet<br>Box 15368<br>Wilmington, DE 19886-5368 | ☐ | J | Various - Revolving Charge | ☐ | ☐ | ☐ | 7500 |
| 4305450001203892<br>Fleet<br>Box 17192<br>Wilmington, DE 19850-7192 | ☐ | J | Various Revolving Charge | ☐ | ☐ | ☐ | 2300 |
| 4120613038032055<br>Merrick Bank<br>Box 5721<br>Hicksville, NY 11802-5721 | ☐ | H | Various Revolving Charge | ☐ | ☐ | ☐ | 1700 |
| | | | | | Subtotal<br>(Total of this page) | | $23,000.00 |
| | | | | | Total<br>(Use only on last page) | | |

__9__ continuation sheets attached

In re: ____Fishman, Stuart_____    Case No. _____

**Debtor**                                                (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 6011583521003003<br>Office Max<br>Dept. 58-3521003<br>Office Max Credit Plan<br>Box 9020<br>Des Moines, IA 50368-9020 | ☒ | H | Various - Revolving Charge | ☐ | ☐ | ☐ | 700 |
| 5230011019173960<br>Harris Bank<br>Cardmember Services<br>Box 15153<br>Wilmington, DE 19886-5133 | ☐ | H | Various - Revolving Charge | ☐ | ☐ | ☐ | 6500 |
| 4621200689187078<br>The Associates<br>Citi Dividend Platinum Card<br>Box 6409<br>The Lakes, NV 88901-6409 | ☐ | S | Various - Revolving Charge | ☐ | ☐ | ☐ | 7700 |
| 6011300331503886<br>Discover<br>Box 30395<br>Salt Lake City, UT 84130-0395 | ☐ | J | Various - Revolving Charge | ☐ | ☐ | ☐ | 17100 |
| 5410189300942418<br>First National Bank of Omaha<br>Box 5058<br>Souix Falls, SD 57117-5058 | ☐ | J | Various - Revolving Charge | ☐ | ☐ | ☐ | 9000 |
| 5424180508285795<br>Citicards<br>Box 6409<br>The Lakes, NV 88901-6409 | ☐ | J | Various - Revolving Charge | ☐ | ☐ | ☐ | 2750 |
| 6011007631514717<br>Discover<br>Box 30395<br>Salt Lake City, UT 84130-0395 | ☐ | J | Various - Revolving Charge | ☐ | ☐ | ☐ | 12200 |
| | | | | | | Subtotal<br>(Total of this page) | $55,950.00 |
| | | | | | | Total<br>(Use only on last page) | |

Sheet no. _1_ of _9_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: _____ Fishman, Stuart _____    Case No. _____
           **Debtor**                             (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 5182850000286689<br>Emerge<br>Payment Processing<br>Box 23034<br>Columbus, GA 31902-3034 | ☐ | J | Various - Revolving Charge | ☐ | ☐ | ☐ | 11500 |
| 5490991579004314<br>MBNA America<br>Box 15137<br>Wilmington, DE 19886-5137 | ☐ | W | Various - Revolving Charge | ☐ | ☐ | ☐ | 9500 |
| 5418275002336447<br>Providian<br>Box 52108<br>Phoenix, AZ 85072-2195 | ☐ | J | Various - Revolving Charge | ☐ | ☐ | ☐ | 3200 |
| 4226610252083411<br>Chase<br>Box 52108<br>Phoenix, AZ 85072-2108 | ☐ | J | Various - Revolving Charge | ☐ | ☐ | ☐ | 12500 |
| 5369939030285178<br>Chase Freedom<br>Box 52195<br>Phoenix, AZ 85072-2108 | ☐ | J | Various - Revolving Charge | ☐ | ☐ | ☐ | 13750 |
| 5958004087010805<br>Direct Merchant's Bank<br>Box 550680<br>Jacksonville, FL 6255 | ☒ | J | Various - Revolving Charge | ☐ | ☐ | ☐ | 7500 |
| 4366163049690650<br>Bank One<br>Cardmember Services<br>Box 15153<br>Wilmington, DE 19886-5133 | ☐ | J | Various Revolving Charge | ☐ | ☐ | ☐ | 5500 |
|  |  |  | Subtotal<br>(Total of this page) |  |  |  | $63,450.00 |
|  |  |  | Total<br>(Use only on last page) |  |  |  |  |

Sheet no. __2__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: _____ Fishman, Stuart _____    Case No. _____

**Debtor**                                                          (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 6035320053120356<br>Home Depot<br>Home Depot Credit Processing Center<br>Des Moines, Ia 50364-0001 | ☐ | H | Various - Revolving Charge | ☐ | ☐ | ☐ | 1300 |
| 5211501220571989<br>Chase<br>Box 52195<br>Phoenix, AZ 86872 | ☐ | W | Various - Revolving Charge | ☐ | ☐ | ☐ | 8600 |
| 4356316005732354<br>Bank of America<br>Box 5270<br>Carol Stream, IL 60197 | ☐ | W | Various - Revolving Charge | ☐ | ☐ | ☐ | 16500 |
| 4356570012984815<br>Bank of America<br>Box 5270<br>Carol Stream, IL 60197 | ☐ | H | Various - Revolving Charge | ☐ | ☐ | ☐ | 13000 |
| 4862362163997985<br>Capital One Platinum<br>Box 26074<br>Richmond, VA 23269 | ☐ | H | Various - Revolving Charge | ☐ | ☐ | ☐ | 2336 |
| 4791242030688769<br>Capital One Business Entrepreneur<br>Box 26074<br>Richmond, VA 23269 | ☐ | H | Various - Revolving Charge | ☐ | ☐ | ☐ | 687 |
| 4791241756619024<br>Capital One VIsa Business<br>Box 26074<br>Richmond, VA 23269 | ☐ | H | Various - Revolving Charge | ☐ | ☐ | ☐ | 630 |

Subtotal (Total of this page)    $43,053.00

Total (Use only on last page)

Sheet no. _3_ of _9_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: ___Fishman, Stuart_____   Case No. _____
                **Debtor**                              (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 4791242200131897<br>Capital One VISA Business<br>Box 26074<br>Richmond, VA 23269 | ☐ | H | Various - Revolving Charge | ☐ | ☐ | ☐ | 685 |
| 5291151933535575<br>Capital One<br>Box 26074<br>Richmond, VA 23269 | ☐ | W | Various - Revolving Charge | ☐ | ☐ | ☐ | 5111 |
| 5401596000134321<br>Household Bank Credit Services<br>Box 81622<br>Salinas, CA 93912-1622 | ☐ | J | Various - Revolving Charge | ☐ | ☐ | ☐ | 2496 |
| 4388642029593197<br>Capital One Gold<br>Box 26094<br>Richmond, VA 23269 | ☐ | H | Various - Revolving Charge | ☐ | ☐ | ☐ | 5000 |
| Account Number:<br>Encore Receivable Management<br>Box 3330<br>Olathe, KS 66063-3330 | ☒ | J | Various | ☐ | ☐ | ☐ | 236.43 |
| 600430091187420<br>Menards Retail Services<br>Box 17602<br>Baltimore, MD 21297-1602 | ☐ | H | Various - Revolving Charge | ☐ | ☐ | ☐ | 4500 |
| 205462513<br>Nextel/Allied Interstate, Inc.<br>Box 361474<br>Columbus, OH 43236-1474 | ☐ | J | Phone Service | ☐ | ☐ | ☐ | 30 |

|  |  |
|---|---|
| Subtotal (Total of this page) | $18,058.43 |
| Total (Use only on last page) | |

Sheet no. _4_ of _9_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: ___Fishman, Stuart_____     Case No. _____
             **Debtor**                                              (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 6032203381053155<br>Walmart<br>Box 960023<br>Orlando, FL 32896-0023 | ☐ | J | Various - Revolving Charge | ☐ | ☐ | ☐ | 300 |
| 5488975010692898<br>Household Bank<br>Household Credit Services<br>Box 80084<br>Salinas, CA 93912-0084 | ☐ | H | Various - Revolving Charge | ☐ | ☐ | ☐ | 300 |
| 5488975006991148<br>Household Bank<br>Household Credit Services<br>Box 80084<br>Salinas, CA 93912-0084 | ☐ | W | Various - Revolving Charge | ☐ | ☐ | ☐ | 500 |
| 5178007203635891<br>First Premier Bank Card Services<br>Box 5524<br>Souix Falls, SD 57117 | ☐ | W | Various - Revolving Charge | ☐ | ☐ | ☐ | 1000 |
| 4366141022181228<br>Bank One<br>Box 15548<br>WIlmington, DE 19886-5548 | ☐ | W | Various - Revolving Charge | ☐ | ☐ | ☐ | 6000 |
| 416481261062178<br>Househod Finance Company<br>Box 1547<br>Chesapeake, VA 23320 | ☐ | H | Various - Revolving Charge | ☐ | ☐ | ☐ | 10500 |
| 4124500400369940<br>Fleet<br>Box 15368<br>Wilmington, DE 19886 | ☐ | J | Various - Revolving Charge | ☐ | ☐ | ☐ | 6500 |
| | | | | | Subtotal<br>(Total of this page) | | $25,100.00 |
| | | | | | Total<br>(Use only on last page) | | |

Sheet no. __5__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: Fishman, Stuart _____   Case No. _____

**Debtor**  (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 54290<br>S & S<br>2 Gateway Court<br>Bolingbrook, IL 60440 | ☒ | | Inventory and Supplies | ☐ | ☐ | ☐ | 114000 |
| 6571<br>Troy Corporation<br>2701 N. Normandy Avenue<br>Chicago, IL 60707 | ☒ | | Inventory and Supplies | ☐ | ☐ | ☐ | 214000 |
| Heritage LLC<br>380 S. Schmale Road, Suite 100<br>Carol Stream, IL 60188 | ☒ | | Rent for Business | ☐ | ☐ | ☐ | Unknown |
| MA0933<br>Toppers<br>1450 Grand Avenue<br>Thouofare, NJ 08086-0561 | ☒ | | Inventory | ☐ | ☐ | ☐ | 846 |
| Safety Kleen<br>Box 650509<br>Dallas, TX 75265 | ☒ | | Services to Business | ☐ | ☐ | ☐ | 1200 |
| Anderson<br>161 E. St. Charles Road<br>Carol Stream, IL 60188 | ☒ | | Inventory | ☐ | ☐ | ☐ | 1000 |
| 01-58007500<br>Nazdar<br>1087 N. Branch Street<br>Chicago, IL 60622-4292 | ☒ | | Inventory | ☐ | ☐ | ☐ | 1794 |
| | | | | | Subtotal<br>(Total of this page) | | $332,840.00 |
| | | | | | Total<br>(Use only on last page) | | |

Sheet no. _6_ of _9_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: _____ Fishman, Stuart _____          Case No. _____
          **Debtor**                                          (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 047145<br>Stahl's<br>Department 170801<br>Box 67000<br>Detroit, MI 48267-1708 | ☒ | | Inventory | ☐ | ☐ | ☐ | 699 |
| 15076897881<br>Purchase Power<br>Box 5136<br>Shelton, CT 06484 | ☒ | | Inventory | ☐ | ☐ | ☐ | 1157 |
| 1142671<br>Expanets<br>9780 Mt. Pyramid Court<br>Suite 400<br>Englewood, CO 80112 | ☒ | | Inventory | ☐ | ☐ | ☐ | 2000 |
| Edwin C. Siegle<br>3400 Dundee Road<br>Northbrook, IL | ☒ | | Accounting Services | ☐ | ☐ | ☐ | 15439 |
| Augusta Sportswear<br>425 Park West Drive<br>Grove Town, GA 30813 | ☒ | | Inventory | ☐ | ☐ | ☐ | 1200 |
| 12067<br>McLeod USA<br>Box 3177<br>Cedar Rapids, IA 52406 | ☒ | | Advertising | ☐ | ☐ | ☐ | 1000 |
| 56260353487008<br>Citibank Credit Card<br>Box 9014<br>Des Moines, IA 50368-9014 | ☐ | W | Various - Revolving Charge | ☐ | ☐ | ☐ | 500 |
| | | | Subtotal (Total of this page) | | | | $21,995.00 |
| | | | Total (Use only on last page) | | | | |

Sheet no. _7_ of _9_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: _____Fishman, Stuart_____    Case No. _____

**Debtor**    (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 52280705114001<br>Citibank Credit Card<br>Box 9014<br>Des MOines, IA 50368-9014 | ☐ | H | Various - Revolving Charge | ☐ | ☐ | ☐ | 500 |
| 372793834861007<br>American Express<br>Box 36001<br>Ft. Lauderdale, FL 33336 | ☐ | H | Various - Revolving Charge | ☐ | ☐ | ☐ | 1213 |
| 373276763371008<br>American Express Goldcard Business<br>Box 36001<br>Ft. Lauderdale, FL 33336 | ☒ | H | Various - Revolving Charge | ☐ | ☐ | ☐ | 1399 |
| 37205608861009<br>American Express Business Capital Line<br>Box 36001<br>Ft. Lauderdale, FL 33336 | ☒ | H | Various - Revolving Charge | ☐ | ☐ | ☐ | 13871 |
| 37826938453301<br>American Express Business Gold<br>Box 36001<br>Ft. Lauderdale, FL 33336 | ☒ | J | Various - Revolving Charge | ☐ | ☐ | ☐ | 2319 |
| 372860472362000<br>American Express<br>Box 36001<br>Ft. Lauderdale, FL 33336 | ☐ | W | Various - Revolving Charge | ☐ | ☐ | ☐ | 3067 |
| 372263223961008<br>American Express Corporate Optima<br>Box 36001<br>Ft. Lauderdale, FL 33336 | ☒ | J | Various - Revolving Charge | ☐ | ☐ | ☐ | 13517 |

|  | Subtotal<br>(Total of this page) | $35,886.00 |
|---|---|---|
|  | Total<br>(Use only on last page) |  |

Sheet no. __8__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: _____ Fishman, Stuart _____    Case No. _____

**Debtor**    (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 372264814672012<br>American Express Corporate<br>Box 36001<br>Ft. Lauderdale, FL  33336 | ☒ | H | Various - Revolving Charge | ☐ | ☐ | ☐ | 23700 |
| 373752164012002<br>American Express Optima Platinum<br>Box 36001<br>Ft. Lauderdale, FL  33336 | ☒ | H | Various - Revolving Charge | ☐ | ☐ | ☐ | 4113 |
| 373022273441009<br>American Express Optima Platinum<br>Box 36001<br>Ft. Lauderdale, FL  33336 | ☒ | J | Various - Revolving Charge | ☐ | ☐ | ☐ | 5057 |
|  | ☐ |  |  | ☐ | ☐ | ☐ |  |
|  | ☐ |  |  | ☐ | ☐ | ☐ |  |
|  | ☐ |  |  | ☐ | ☐ | ☐ |  |
|  | ☐ |  |  | ☐ | ☐ | ☐ |  |

|  |  |
|---|---|
| Subtotal (Total of this page) | $32,870.00 |
| Total (Use only on last page) | $652,202.43 |

Sheet no. __9__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: _____Fishman, Stuart_____          Case No. _____
             **Debtor**                                    (if known)


# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

    State nature of debtor's interest in contract, i.e. "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.

    Provide the names and complete mailing addresses of all other parties to each lease or contract described.

    NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐   Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract |
|---|---|
| Heritage LLC<br>380 S. Schmale Road, Suite 100<br>Carol Stream, IL  60188 | Lease with Mad Rags Designs, Inc.  Debtor is Guarantor of Lease |
| United Protection<br>1843 Hicks Road<br>Rolling Meadows, IL  60008 | Home Security Contract |

In re: _____Fishman, Stuart_____         Case No. _____
_____                        _____
               **Debtor**                                                          (if known)


# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐    Check this box if debtor has no codebtors.

| Name and Mailing Address of Codebtor | Name and Mailing Address of Creditor |
|---|---|
| Mad Rags Design, Inc.<br>1433-A Fullerton Avenue<br>Addison, IL 60101 | The Internal Revenue Service, West Suburban Bank and the General Unsecured Creditors Scheduled |

In re: _____ Fishman, Stuart _____ Case No. _____
                                **Debtor**                                                    (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| | | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Retired | Unemployed |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

**Income:** (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 1253 | $ |
| Estimated monthly overtime | $ | $ |
| SUBTOTAL | $ 1,253.00 | $ 0.00 |
| **LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and social security | $ | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (Specify: ) | $ | $ |
| e. Other (Specify: ) | $ | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,253.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| Social security or other government assistance (Specify: Social Security ) | $ 1253 | $ |
| Pension or retirement income | $ | $ |
| Other monthly income | | |
| | $ | $ |
| TOTAL MONTHLY INCOME | $ 1253 | $ 0.00 |
| TOTAL COMBINED MONTHLY INCOME | $ 1253 | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re: _____Fishman, Stuart_____          Case No. _____
               **Debtor**                                    (if known)


## SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | |
|     Are real estate taxes included?   ☐ Yes  ☐ No | | |
|     Is property insurance included?   ☐ Yes  ☐ No | | |
| Utilities: Electric and heating fuel | $ | 150 |
|          Cable | $ | 20 |
|          Water and sewer | $ | 40 |
|          Telephone | $ | 58 |
|          Other: | $ | |
| Home maintenance (repairs and upkeep) | $ | 85 |
| Food | $ | 550 |
| Tobacco and Alcohol | $ | |
| Health and Beauty Products | $ | |
| Clothing | $ | 50 |
| Laundry and dry cleaning | $ | |
| Medical and dental expenses | $ | 300 |
| Transportation (not including car payments) | $ | 180 |
| Recreation, clubs and entertainment, newspapers, magazines | $ | |
| Charitable contributions | $ | |
| Automobile Repairs | $ | |
| School Tuition | $ | |
| School Related Expenses | $ | |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renters | $ | 30 |
|     Life | $ | 150 |
|     Health | $ | |
|     Auto | $ | 121 |
|     Other: | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | $ | 267 |
|     Specify: Real Estate Taxes | | |
| Installment payments: (In chapter 12 or 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | |
|     Other: | $ | |
|     Other: | $ | |
| Alimony, maintenance, and support paid to others | $ | |
| Payments for support of additional dependents not living at your home | $ | |
| Day Care | $ | |
| Pet Care | $ | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| Other: | $ | |
| TOTAL MONTHLY EXPENSES | $ | 2,001.00 |

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois, Eastern Division

In Re:                     Fishman, Stuart                              Case No. _____

                          **Debtor**                                                      (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None", mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None ☐        State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source (if more than one) |
|--------|---------------------------|
| 4000   | Social Security and earnings - 2003 |
| -0-    | 2002 |

**2. Income other than from employment or operation of business**

None ☒     State the amount of income received by the debtor other than from employment, trade, profession, or operation
of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.
If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or
chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| Amount | Source (if more than one) |
|---|---|
| 8000 | 2003 - Husband Social Security |

**3. Payments to creditors**

None ☒     a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than
$600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing
under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|
| | | | |

None ☒     b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of
creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Dates of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|
| | | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐     a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding
the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Augusta Sportswear, Inc. v. Mad Rags Designs, Inc. 2003 SC 3621 | Collection | Circuit Court DuPage County | Pending |

None ☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property was Seized | Date of Seizure | Description and Value of Property |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ☐      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
| --- | --- | --- |

### 6. Assignments and receiverships

None ☒   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
| --- | --- | --- |

None ☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court Case Title and Number | Date of Order | Description and Value of Property |
| --- | --- | --- | --- |

### 7. Gifts

None ☒     List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|

### 8. Losses

None ☒     List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and Value of Property | Description of circumstances and, if loss was covered in whole or in part by insurance, give particulars | Date of Loss |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☒     List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| Name and Address of Payee | Date of Payment, Name of Payor if other than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|

### 10. Other transfers

None ☒      List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|

### 11. Closed financial accounts

None ☒      List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | Type and Number of Account and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|

### 12. Safe deposit boxes

None ☒      List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the the spouses are separated and a joint petition is not filed.

| Name and Address of Bank or Other Depository | Names and Addresses of those with Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
|---|---|---|---|

**13. Setoffs**

None ☒     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
| --- | --- | --- |

**14. Property held for another person**

None ☒     List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
| --- | --- | --- |

**15. Prior address of debtor**

None ☐     If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| Address | Name Used | Dates of Occupancy |
| --- | --- | --- |
| 1232 S. Wellington Court<br>Buffalo Grove, IL 60089 | Stuart Fishman and Shawn Fishman | 12 years |

**16. Spouses and former spouses**

None ☒        If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

Name

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☒    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

None ☒    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

None ☒ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|

**18. Nature, location and name of business**

None ☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six-years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| Name, Taxpayer I.D. Number, Address | Nature of Business | Beginning and Ending Dates |
|---|---|---|
| Mad Rags Designs, Inc.<br>1344-A Fullerton Avenue<br>Addison, IL  60101<br>36-3108036 | Screen Printing and Sportswear sales | Ending March 22, 2004 |

None ☒ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| Name | Address |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, directory, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| Name and Address | Dates Services Rendered |
|---|---|
| Edwn C. Siegel, Ltd.<br>3400 Dundee Road<br>Northbrook, IL | 1996 - Current |

None ☒    b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of this debtor.

Name and Address                                                              Dates Services Rendered

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| Name | Address |
|---|---|
| Edwn C. Siegel, Ltd. | 3400 Dundee Road<br>Northbrook, IL |

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

Name and Address                                                              Date Issued

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| Date of Inventory | Inventory Supervisor | Amount of Inventory (Specify cost, market or other basis) |
|---|---|---|
| March 2004 | David Fishman | $9,500 |
| January, 2003 | David Fishman | $38,000 |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| Date of Inventory | Name and Address of Custodian of Inventory Records |
|---|---|
| All | Edwin C. Siegel 3400 Dundee Road Northbrook, IL |

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| Name and Address | Nature of Interest | Percentage of Interest |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| Name and Address | Title | Nature and Percentage of Stock Ownership |
|---|---|---|
| Stuart Fishman | Secretary | 50 |
| Shaun Fishman | President | 50 ommon |

**22. Former partners, officers, directors and shareholders**

None  ☒   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

Name and Address                                                                                   Date of Withdrawal

None  ☒   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

Name and Address                                              Title                                    Date of Termination

**23. Withdrawals from a partnership or distributions by a corporation**

None  ☒        If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

Name and Address of Recipient,                                                                    Amount of Money

**24. Tax consolidation group**

None  ☒        If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of this case.

Name of Parent Corporation                                              Taxpayer Identification Number

**25. Pension funds**

None ☒    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of this case.

Name of Pension Fund                                          Taxpayer Identification Number

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __3/24/04__      Signature of Debtor _____

Date __3/24/04__      Signature _____
of Joint Debtor
(if any)

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____      Signature _____

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____      _____
Printed or Typed Name of Bankruptcy Petition Preparer     Social Security No.
                                                    (Required by 11 U.S.C. § 110(c).)

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____      _____
Signature of Bankruptcy Petition Preparer                             Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

Form B8 (Official Form 8)
(9/97)

## Form 8. INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*[Caption as in Form 16B]*

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a. *Property to Be Surrendered.*

   **Description of Property**                    **Creditor's name**

   b. *Property to Be Retained*                   *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| Residence | West Suburban Bank | | | X |

Date: 3/24/04

X *Shaun E Friedman*
Signature of Debtor

---

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____

_____
Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*