**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| FISHMAN, STUART | ) | |
| FISHMAN, SHAUN | ) | CASE NO. 04-11995 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**PROPOSED DISTRIBUTION REPORT**

I, <u>JOSEPH R. VOILAND</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | | |
|---|---|---|
| Secured Claims | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 22,116.55 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 42,679.58 |
| Other Priority Claims (507(a)(9)-(a)(10)): | $ | 0.00 |
| General Unsecured Claims: | $ | 41,075.18 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ | 105,871.31 |

**EXHIBIT C**

**DISTRIBUTION REPORTS**                                                                      **PAGE 2**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $22,116.55 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | JOSEPH R. VOILAND (TRUSTEE'S COMPENSATION) | 8,591.07 | 8,591.07 |
| | JOSEPH R. VOILAND (TRUSTEE'S EXPENSES) | 1,500.48 | 1,500.48 |
| | U.S. BANKRUPTCY COURT (ADVERSARY FEES) | 150.00 | 150.00 |
| | JOSEPH R. VOILAND (ATTORNEY FOR TRUSTEE – COMPENSATION) | 11,200.50 | 11,200.50 |
| | JOSEPH R. VOILAND (ATTORNEY FOR TRUSTEE – EXPENSES | 674.50 | 674.50 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

| CLAIM | | ALLOWED | DIVIDEND |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                    **PAGE 3**

| NUMBER | CREDITORS | AMOUNT | AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(1)(B) - Domestic Support Obligations | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,650.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                           **PAGE 4**

| 8.      TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,650.00 | $0.00 | 0.00% |

| CLAIM NUMBER      CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|

| 9.      TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $2,100.00 | $0.00 | 0.00% |

| CLAIM NUMBER      CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|

| 10.      TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Alimony | $0.00 | 0.00% |

| CLAIM NUMBER      CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|

| 11.      TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER      CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                  **PAGE 5**

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $42,679.58 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 2 | Internal Revenue Service | 42,679.58 | 42,679.58 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(10) - Death & Personal Injury | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $398,540.67 | 10.31% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                              **PAGE 6**

| | | | |
|---|---|---|---|
| 1 | Troy Corporation | 198,338.29 | 20,441.53 |
| 3 | Discover Bank | 12,120.46 | 1,249.18 |
| 4 | Discover Bank | 13,000.87 | 1,339.92 |
| 5 | Heritage LLC | 15,584.34 | 1,606.18 |
| 6 | Stahl's | 680.91 | 70.18 |
| 7 | American Express Travel Related Services | 431.65 | 44.49 |
| 8 | eCAST Settlement Corporation, assignee of | 2,496.21 | 257.27 |
| 9 | eCAST Settlement Corporation, assignee of | 317.61 | 32.73 |
| 10 | eCAST Settlement Corporation, assignee of | 535.79 | 55.22 |
| 11 | American Express Travel Related Svcs Co | 1,836.12 | 189.24 |
| 12 | American Express Travel Related Services Co., Inc. | 1,238.72 | 127.67 |
| 13 | American Express Bank, FSB | 13,516.98 | 1,393.11 |
| 14 | American Express Travel Related Services Co., Inc. | 3,004.89 | 309.70 |
| 15 | American Express Bank, FSB | 13,905.64 | 1,433.17 |
| 16 | American Express Bank, FSB | 23,661.44 | 2,438.64 |
| 17 | American Express Centurion Bank | 5,150.17 | 530.80 |
| 18 | American Express Travel Related Svcs Co | 2,319.42 | 239.05 |
| 19 | Bank of America | 16,373.86 | 1,687.55 |
| 20 | Bank of America | 13,120.95 | 1,352.30 |
| 23 | MBNA America Bank N A | 16,554.44 | 1,706.17 |
| 24 | eCAST Settlement Corporation, assignee of | 3,293.62 | 339.45 |
| 25 | Bank of America | 7,736.45 | 797.35 |
| 26 | Bank of America | 6,537.97 | 673.83 |
| 27 | Bank of America | 2,303.92 | 237.45 |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                          **PAGE 7**

| 28 | Citibank South Dakota N A | 355.51 | 36.64 |
| 29 | Citibank South Dakota N A | 223.93 | 23.08 |
| 30 | American Express Centurion Bank | 4,212.78 | 434.19 |
| 31 | Recovery Management Systems Corporation | 786.84 | 81.09 |
| 32 | Recovery Management Systems Corporation | 89.35 | 9.21 |
| 33 | ECS Financial Services Inc | 15,653.11 | 1,613.27 |
| 34 | Augusta Sportswear | 3,158.43 | 325.52 |

| 16. | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|
| | Subordinated unsecured claims | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---|---|

| 17. | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---|---|

| 18. | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                             **PAGE 8**

| 19. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|-----|----------------|------------------------|------------------|
| §726(a)(5) - Interest | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|--------------|-----------|----------------|-----------------|

| 20. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|-----|----------------|------------------------|------------------|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|--------------|-----------|----------------|-----------------|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---------------|--------------|----------------------|-----------------|-----------------------------------|
| Unsecured | 21 | Bank of America<br>P O Box 2278<br>Norfolk, VA  235012278 | $13,120.95 | Withdrawn |
| Unsecured | 22 | Bank of America<br>P O Box 2278<br>Norfolk, VA  235012278 | $16,373.86 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                     **PAGE 9**


Dated: _____          _____

                                        JOSEPH R. VOILAND, Trustee


**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                **PAGE 10**