**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| FISHMAN, STUART | ) | |
| FISHMAN, SHAUN | ) | CASE NO. 04-11995 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
    Kane County Courthouse
    100 S. 3rd Street, Room 140
    Geneva, IL  60134

    on: **February 19, 2009**
    at: **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                    $    106,991.73

    b. Disbursements                               $      1,120.42

    c. Net Cash Available for Distribution         $    105,871.31

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ 0.00 | $ 8,591.07 | $ |

| | | | | | | |
|---|---|---|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | 0.00 | $ | | $ | 1,500.48 |
| US Bankruptcy Court | $ | 0.00 | $ | | $ | 150.00 |
| JOSEPH R. VOILAND Trustee's Firm Legal | $ | 0.00 | $ | 11,200.50 | $ | |
| JOSEPH R. VOILAND Trustee's Firm Legal | $ | 0.00 | $ | | $ | 674.50 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $42,679.58 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment | |
|---|---|---|---|---|---|
| 2 | Internal Revenue Service | $ | 42,679.58 | $ | 42,679.58 |

6. Claims of general unsecured creditors totaling $398,540.67, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $10.31%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment | |
|---|---|---|---|---|---|
| 1 | Troy Corporation | $ | 198,338.29 | $ | 20,441.53 |
| 3 | Discover Bank | $ | 12,120.46 | $ | 1,249.18 |
| 4 | Discover Bank | $ | 13,000.87 | $ | 1,339.92 |
| 5 | Heritage LLC | $ | 15,584.34 | $ | 1,606.18 |
| 6 | Stahl's | $ | 680.91 | $ | 70.18 |
| 7 | American Express Travel Related Services | $ | 431.65 | $ | 44.49 |
| 8 | eCAST Settlement Corporation, assignee of | $ | 2,496.21 | $ | 257.27 |
| 9 | eCAST Settlement Corporation, assignee of | $ | 317.61 | $ | 32.73 |
| 10 | eCAST Settlement Corporation, assignee of | $ | 535.79 | $ | 55.22 |
| 11 | American Express Travel Related Svcs Co | $ | 1,836.12 | $ | 189.24 |
| 12 | American Express Travel Related Services Co., Inc. | $ | 1,238.72 | $ | 127.67 |
| 13 | American Express Bank, FSB | $ | 13,516.98 | $ | 1,393.11 |
| 14 | American Express Travel Related Services Co., Inc. | $ | 3,004.89 | $ | 309.70 |
| 15 | American Express Bank, FSB | $ | 13,905.64 | $ | 1,433.17 |
| 16 | American Express Bank, FSB | $ | 23,661.44 | $ | 2,438.64 |
| 17 | American Express Centurion Bank | $ | 5,150.17 | $ | 530.80 |
| 18 | American Express Travel Related Svcs Co | $ | 2,319.42 | $ | 239.05 |

| 19 | Bank of America | $ | 16,373.86 | $ | 1,687.55 |
| 20 | Bank of America | $ | 13,120.95 | $ | 1,352.30 |
| 23 | MBNA America Bank N A | $ | 16,554.44 | $ | 1,706.17 |
| 24 | eCAST Settlement Corporation, assignee of | $ | 3,293.62 | $ | 339.45 |
| 25 | Bank of America | $ | 7,736.45 | $ | 797.35 |
| 26 | Bank of America | $ | 6,537.97 | $ | 673.83 |
| 27 | Bank of America | $ | 2,303.92 | $ | 237.45 |
| 28 | Citibank South Dakota N A | $ | 355.51 | $ | 36.64 |
| 29 | Citibank South Dakota N A | $ | 223.93 | $ | 23.08 |
| 30 | American Express Centurion Bank | $ | 4,212.78 | $ | 434.19 |
| 31 | Recovery Management Systems Corporation | $ | 786.84 | $ | 81.09 |
| 32 | Recovery Management Systems Corporation | $ | 89.35 | $ | 9.21 |
| 33 | ECS Financial Services Inc | $ | 15,653.11 | $ | 1,613.27 |
| 34 | Augusta Sportswear | $ | 3,158.43 | $ | 325.52 |

7. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtors have not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

    Checking Account (First American Bank) - $300.00; Household Goods - $500.00; Wearing Apparel - $500.00; Firearm - $400.00; Stock (Mad Rags Sportswear) - $0.00; Dodge Caravan - $3,000.00; 1994 Ford Explorer - $2,000.00.

    The Trustee seeks abandonment of said assets because they are subject to Debtors' valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:   **January 27, 2009**                For the Court,

By:  **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604