**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| FISHMAN, STUART | ) | |
| FISHMAN, SHAUN | ) | CASE NO. 04-11995 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   U.S. BANKRUPTCY COURT
         Kane County Courthouse
         100 S. 3rd Street, Room 140
         Geneva, IL  60134

   on: **February 19, 2009**
   at: **10:00 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

   a. Receipts                                    $          106,991.73

   b. Disbursements                               $            1,120.42

   c. Net Cash Available for Distribution         $          105,871.31

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ 0.00 | $ 8,591.07 | $ |

| Claimant | | | |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | 0.00 $ | $ 1,500.48 |
| US Bankruptcy Court | $ | 0.00 $ | $ 150.00 |
| JOSEPH R. VOILAND Trustee's Firm Legal | $ | 0.00 $ 11,200.50 | $ |
| JOSEPH R. VOILAND Trustee's Firm Legal | $ | 0.00 $ | $ 674.50 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $42,679.58 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Internal Revenue Service | $ 42,679.58 | $ 42,679.58 |

6. Claims of general unsecured creditors totaling $398,540.67, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $10.31%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Troy Corporation | $ 198,338.29 | $ 20,441.53 |
| 3 | Discover Bank | $ 12,120.46 | $ 1,249.18 |
| 4 | Discover Bank | $ 13,000.87 | $ 1,339.92 |
| 5 | Heritage LLC | $ 15,584.34 | $ 1,606.18 |
| 6 | Stahl's | $ 680.91 | $ 70.18 |
| 7 | American Express Travel Related Services | $ 431.65 | $ 44.49 |
| 8 | eCAST Settlement Corporation, assignee of | $ 2,496.21 | $ 257.27 |
| 9 | eCAST Settlement Corporation, assignee of | $ 317.61 | $ 32.73 |
| 10 | eCAST Settlement Corporation, assignee of | $ 535.79 | $ 55.22 |
| 11 | American Express Travel Related Svcs Co | $ 1,836.12 | $ 189.24 |
| 12 | American Express Travel Related Services Co., Inc. | $ 1,238.72 | $ 127.67 |
| 13 | American Express Bank, FSB | $ 13,516.98 | $ 1,393.11 |
| 14 | American Express Travel Related Services Co., Inc. | $ 3,004.89 | $ 309.70 |
| 15 | American Express Bank, FSB | $ 13,905.64 | $ 1,433.17 |
| 16 | American Express Bank, FSB | $ 23,661.44 | $ 2,438.64 |
| 17 | American Express Centurion Bank | $ 5,150.17 | $ 530.80 |
| 18 | American Express Travel Related Svcs Co | $ 2,319.42 | $ 239.05 |

| | | | | | |
|---|---|---|---|---|---|
| 19 | Bank of America | $ | 16,373.86 | $ | 1,687.55 |
| 20 | Bank of America | $ | 13,120.95 | $ | 1,352.30 |
| 23 | MBNA America Bank N A | $ | 16,554.44 | $ | 1,706.17 |
| 24 | eCAST Settlement Corporation, assignee of | $ | 3,293.62 | $ | 339.45 |
| 25 | Bank of America | $ | 7,736.45 | $ | 797.35 |
| 26 | Bank of America | $ | 6,537.97 | $ | 673.83 |
| 27 | Bank of America | $ | 2,303.92 | $ | 237.45 |
| 28 | Citibank South Dakota N A | $ | 355.51 | $ | 36.64 |
| 29 | Citibank South Dakota N A | $ | 223.93 | $ | 23.08 |
| 30 | American Express Centurion Bank | $ | 4,212.78 | $ | 434.19 |
| 31 | Recovery Management Systems Corporation | $ | 786.84 | $ | 81.09 |
| 32 | Recovery Management Systems Corporation | $ | 89.35 | $ | 9.21 |
| 33 | ECS Financial Services Inc | $ | 15,653.11 | $ | 1,613.27 |
| 34 | Augusta Sportswear | $ | 3,158.43 | $ | 325.52 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtors have not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

   Checking Account (First American Bank) - $300.00; Household Goods - $500.00; Wearing Apparel - $500.00; Firearm - $400.00; Stock (Mad Rags Sportswear) - $0.00; Dodge Caravan - $3,000.00; 1994 Ford Explorer - $2,000.00.

   The Trustee seeks abandonment of said assets because they are subject to Debtors' valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated: **January 27, 2009**                For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Jan 27, 2009
Case: 04-11995                 Form ID: pdf002              Total Served: 72

The following entities were served by first class mail on Jan 29, 2009.
db          +Stuart Fishman,    2023 Limestone Lane,    Carpenterville, Il 60110-1239
jdb         +Shaun Fishman,    2023 Limestone Lane,    Carpenterville, Il 60110-1239
aty         +Frank J Wesolowski,    114 S Bloomingdale Rd,    Bloomingdale, IL 60108-1239
aty         +Joseph R Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
tr          +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
7920996      272,    A T & T Universal,    Box 6914,    The Lakes, NV 88901-6914
9598844      American Express Bank, FSB,    c/o Becket and Lee, LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
7920999     +American Express Business Capital Line,    Box 36001,    Ft. Lauderdale, FL 33336-0001
7921000     +American Express Business Gold,    Box 36001,    Ft. Lauderdale, FL 33336-0001
7920997     +American Express Centurion Bank,    c/o Becket & Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
7921001     +American Express Corporate,    Box 36001,    Ft. Lauderdale, FL 33336-0001
7921002     +American Express Corporate Optima,    Box 36001,    Ft. Lauderdale, FL 33336-0001
7921003     +American Express Goldcard Business,    Box 36001,    Ft. Lauderdale, FL 33336-0001
7921004     +American Express Optima Platinum,    Box 36001,    Ft. Lauderdale, FL 33336-0001
7920998     +American Express Travel Related Services,    c/o Becket & Lee LLP,    Po Box 3001,
              Malvern, PA 19355-0701
9598770      American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee, LLP,
              P.O. Box 3001,    Malvern, PA 19355-0701
7921006     +Anderson,    161 E. St. Charles Road,    Carol Stream, IL 60188-2081
7921007     +Augusta Sportswear,    425 Park West Drive,    Grove Town, GA 30813-3214
7921008      Bank One,    Box 15548,    WIlmington, DE 19886-5548
7921009      Bank One,    Cardmember Services,    Box 15153,    Wilmington, DE 19886-5133
7921010      Bank of America,    P O Box 2278,    Norfolk, VA 23501-2278
7921011     +Bank of America,    Box 5270,    Carol Stream, IL 60197-5270
7921012     +Capital One,    Box 26074,    Richmond, VA 23269-0001
7921013     +Capital One Business Entrepreneur,    Box 26074,    Richmond, VA 23269-0001
7921014     +Capital One Gold,    Box 26094,    Richmond, VA 23269-0001
7921015     +Capital One Platinum,    Box 26074,    Richmond, VA 23269-0001
7921016     +Capital One VISA Business,    Box 26074,    Richmond, VA 23269-0001
7921019     +Chase,    Box 52195,    Phoenix, AZ 85072-2195
7921018      Chase,    Box 52108,    Phoenix, AZ 85072-2108
7921020     +Chase Freedom,    Box 52195,    Phoenix, AZ 85072-2195
7921022      Citibank Credit Card,    Box 9014,    Des Moines, IA 50368-9014
7921021     +Citibank South Dakota N A,    Assoc BP Amoco Payment Center,    4300 Westown Parkway,
              West Des Moines, IA 50266-1266
7921023      Citicards,    Box 6409,    The Lakes, NV 88901-6409
7921024     +Direct Merchant's Bank,    Box 550680,    Jacksonville, FL 32255
7921027     +ECS Financial Services Inc,    3400 Dundee Road,    Northbrook, IL 60062-2320
7921028      Emerge,    Payment Processing,    Box 23034,    Columbus, GA 31902-3034
7921029      Encore Receivable Management,    Box 3330,    Olathe, KS 66063-3330
7921030     +Expanets,    9780 Mt. Pyramid Court,    Suite 400,    Englewood, CO 80112-7055
7921031      First National Bank of Omaha,    Box 5058,    Souix Falls, SD 57117-5058
7921032     +First Premier Bank Card Services,    Box 5524,    Souix Falls, SD 57117-5524
7921033     +Fleet,    Box 15368,    Wilmington, DE 19886-5368
7921035      Fleet,    Box 17192,    Wilmington, DE 19850-7192
7921036      Harris Bank,    Cardmember Services,    Box 15153,    Wilmington, DE 19886-5133
7921037     +Heritage LLC,    380 S. Schmale Road, Suite 100,    Carol Stream, IL 60188-2790
7921038      Home Depot,    Home Depot Credit Processing Center,    Des Moines, Ia 50364-0001
7921039     +Househod Finance Company,    Box 1547,    Chesapeake, VA 23327-1547
7921040      Household Bank,    Household Credit Services,    Box 80084,    Salinas, CA 93912-0084
7921042      Household Bank Credit Services,    Box 81622,    Salinas, CA 93912-1622
7921043    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
7921044     +MBNA America Bank N A,    Po Box 15168 MS1423,    Wilmington, DE 19850-5168
7921045     +McLeod USA,    Box 3177,    Cedar Rapids, IA 52406-3177
7921046      Menards Retail Services,    Box 17602,    Baltimore, MD 21297-1602
7921047      Merrick Bank,    Box 5721,    Hicksville, NY 11802-5721
7921048     +Nazdar,    1087 N. Branch Street,    Chicago, IL 60642-4292
7921049      Nextel/Allied Interstate, Inc.,    Box 361474,    Columbus, OH 43236-1474
7921050      Office Max,    Dept. 58-3521003,    Office Max Credit Plan,    Box 9020,
              Des Moines, IA 50368-9020
7921051     +Providian,    Box 52108,    Phoenix, AZ 85072-2108
7921052      Purchase Power,    Box 5136,    Shelton, CT 06484
7921053     +S & S,    2 Gateway Court,    Bolingbrook, IL 60440-4879
7921054     +Safety Kleen,    Box 650509,    Dallas, TX 75265-0509
7921055      Stahl's,    Department 170801,    Box 67000,    Detroit, MI 48267-1708
7921056      The Associates,    Citi Dividend Platinum Card,    Box 6409,    The Lakes, NV 88901-6409
7921057      Toppers,    1450 Grand Avenue,    Thouofare, NJ 08086-0561
7921058      Troy Corporation,    c/o Gregg Azilagyi & Harris,    3500 Three Financial National Plaza,
              Chicago Illinois 60602
7921060     +West Suburban Bank,    Box 9122,    Lombard, IL 60148-9122
9588126      eCAST Settlement Corporation, assignee of,    Household Bank and its Assigns,    P.O. Box 35480,
              Newark, NJ 07193-5480
9658723      eCAST Settlement Corporation, assignee of,    Providian National Bank,    P.O. Box 35480,
              Newark, NJ 07193-5480
```

```
District/off: 0752-1          User: amcc7                 Page 2 of 2                Date Rcvd: Jan 27, 2009
Case: 04-11995                Form ID: pdf002             Total Served: 72
```

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Jan 27, 2009.
```
7921025        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 28 2009 03:02:02     Discover,   Box 30395,
               Salt Lake CIty,   UT  84130-0395
9562897        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 28 2009 03:02:02     Discover Bank,   POB 8003,
               Hilliard, OH 43026
9871589       +E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2009 22:55:58
               Recovery Management Systems Corporation,    For GE Money Bank,   dba WAL-MART,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, Florida 33131-1605
9871590       +E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2009 22:56:00
               Recovery Management Systems Corporation,    For GE Money Bank,   dba MEIJER,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, Florida 33131-1605
7921059        E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2009 22:55:53     Walmart,   Box 960023,
               Orlando, FL  32896-0023
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7921005*      +American Express Optima Platinum,   Box 36001,   Ft. Lauderdale,  FL 33336-0001
9598811*       American Express Travel Related Services Co., Inc.,   c/o Becket and Lee, LLP,   P.O. Box 3001,
               Malvern, PA 19355-0701
7921017*      +Capital One VIsa Business,   Box 26074,   Richmond,  VA 23269-0001
7921026*     ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
              (address filed with court:  Discover,    Box 30395,   Salt Lake CIty,  UT  84130-0395)
7921034*       Fleet,   Box 15368,   Wilmington, DE  19886-5368
7921041*       Household Bank,   Household Credit Services,   Box 80084,   Salinas, CA  93912-0084
                                                                                           TOTALS: 0, * 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2009**                    **Signature:** _Joseph Speetjens_