UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: FISHMAN, STUART § Case No. 04-11995
FISHMAN, SHAUN §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 6,700.00 | Assets Exempt: 0.00 |
| Total Distribution to Claimants: 82,184.80 | Claims Discharged Without Payment: 359,035.45 |
| Total Expenses of Administration: 22,069.05 | |

3) Total gross receipts of $ 107,049.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,120.42 (see **Exhibit 2**), yielded net receipts of $105,928.67 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 22,069.05 | 22,069.05 | 22,069.05 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 86,984.70 | 42,679.58 | 42,679.58 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 428,035.48 | 398,540.67 | 39,505.22 |
| **TOTAL DISBURSEMENTS** | $0.00 | $537,089.23 | $463,289.30 | $104,253.85 |

    4)  This case was originally filed under Chapter 7 on March 26, 2004.
.  The case was pending for 63 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/03/2009                    By: **/s/JOSEPH R. VOILAND**
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| real estate - 2023 Limestone Lane | 1110-000 | 50,000.00 |
| adv. proc. - proceeds from sale of Mad Rags | 1241-000 | 55,000.00 |
| Interest Income | 1270-000 | 2,049.09 |
| **TOTAL GROSS RECEIPTS** | | $107,049.09 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David Fishman | refund per Court order of 12/18/2008 | 8500-002 | 1,120.42 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,120.42 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (4/1/2009)**

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 8,543.57 | 8,543.57 | 8,543.57 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 1,500.48 | 1,500.48 | 1,500.48 |
| U.S. BANKRUPTCY COURT | 2700-000 | N/A | 150.00 | 150.00 | 150.00 |
| JOSEPH R. VOILAND | 3110-000 | N/A | 11,200.50 | 11,200.50 | 11,200.50 |
| JOSEPH R. VOILAND | 3120-000 | N/A | 674.50 | 674.50 | 674.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $22,069.05 | $22,069.05 | $22,069.05 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (4/1/2009)**

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 5800-000 | unknown | 86,984.70 | 42,679.58 | 42,679.58 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $86,984.70 | $42,679.58 | $42,679.58 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Troy Corporation | 7100-000 | unknown | 198,338.29 | 198,338.29 | 20,491.30 |
| Discover Bank | 7100-000 | unknown | 12,120.46 | 12,120.46 | 1,252.22 |
| Discover Bank | 7100-000 | unknown | 13,000.87 | 13,000.87 | 1,343.18 |
| Heritage LLC | 7100-000 | unknown | 15,584.34 | 15,584.34 | 0.00 |
| Stahl's | 7100-000 | unknown | 680.91 | 680.91 | 70.35 |
| American Express Travel Related Services | 7100-000 | unknown | 431.65 | 431.65 | 44.60 |
| eCAST Settlement Corporation, assignee of | 7100-000 | unknown | 2,496.21 | 2,496.21 | 257.90 |
| eCAST Settlement Corporation, assignee of | 7100-000 | unknown | 317.61 | 317.61 | 32.81 |
| eCAST Settlement Corporation, assignee of | 7100-000 | unknown | 535.79 | 535.79 | 55.36 |
| American Express Travel Related Svcs Co | 7100-000 | unknown | 1,836.12 | 1,836.12 | 189.70 |
| American Express Travel Related Services Co., Inc. | 7100-000 | unknown | 1,238.72 | 1,238.72 | 127.98 |
| American Express Bank, FSB | 7100-000 | unknown | 13,516.98 | 13,516.98 | 1,396.50 |
| American Express Travel Related Services Co., Inc. | 7100-000 | unknown | 3,004.89 | 3,004.89 | 310.45 |
| American Express Bank, FSB | 7100-000 | unknown | 13,905.64 | 13,905.64 | 1,436.66 |
| American Express Bank, FSB | 7100-000 | unknown | 23,661.44 | 23,661.44 | 2,444.58 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| American Express Centurion Bank | 7100-000 | unknown | 5,150.17 | 5,150.17 | 532.09 |
| American Express Travel Related Svcs Co | 7100-000 | unknown | 2,319.42 | 2,319.42 | 239.63 |
| Bank of America | 7100-000 | unknown | 16,373.86 | 16,373.86 | 1,691.66 |
| Bank of America | 7100-000 | unknown | 13,120.95 | 13,120.95 | 1,355.59 |
| Bank of America | 7100-000 | unknown | 13,120.95 | 0.00 | 0.00 |
| Bank of America | 7100-000 | unknown | 16,373.86 | 0.00 | 0.00 |
| MBNA America Bank N A | 7100-000 | unknown | 16,554.44 | 16,554.44 | 1,710.32 |
| eCAST Settlement Corporation, assignee of | 7100-000 | unknown | 3,293.62 | 3,293.62 | 340.28 |
| Bank of America | 7100-000 | unknown | 7,736.45 | 7,736.45 | 799.29 |
| Bank of America | 7100-000 | unknown | 6,537.97 | 6,537.97 | 675.47 |
| Bank of America | 7100-000 | unknown | 2,303.92 | 2,303.92 | 238.03 |
| Citibank South Dakota N A | 7100-000 | unknown | 355.51 | 355.51 | 0.00 |
| Citibank South Dakota N A | 7100-000 | unknown | 223.93 | 223.93 | 0.00 |
| American Express Centurion Bank | 7100-000 | unknown | 4,212.78 | 4,212.78 | 435.24 |
| Recovery Management Systems Corporation | 7100-000 | unknown | 786.84 | 786.84 | 81.29 |
| Recovery Management Systems Corporation | 7100-000 | unknown | 89.35 | 89.35 | 9.23 |
| ECS Financial Services Inc | 7100-000 | unknown | 15,653.11 | 15,653.11 | 1,617.20 |
| Augusta Sportswear | 7100-000 | unknown | 3,158.43 | 3,158.43 | 326.31 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $428,035.48 | $398,540.67 | $39,505.22 |

**UST Form 101-7-TDR (4/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-11995  
**Case Name:** FISHMAN, STUART  
FISHMAN, SHAUN  
**Period Ending:** 07/03/09

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 03/26/04 (f)  
**§341(a) Meeting Date:** 04/26/04  
**Claims Bar Date:** 09/27/05

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | real estate - 2023 Limestone Lane | 153,000.00 | 53,000.00 | | 50,000.00 | FA |
| 2 | checking account - First American Bank | 300.00 | 300.00 | DA | 0.00 | FA |
| 3 | household goods | 500.00 | 500.00 | DA | 0.00 | FA |
| 4 | wearing apparel | 500.00 | 500.00 | DA | 0.00 | FA |
| 5 | firearm | 400.00 | 400.00 | DA | 0.00 | FA |
| 6 | stock - Mad Rags Sportswear, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1999 Dodge Caravan | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 8 | 1994 Ford Explorer | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 9 | adv. proc. - proceeds from sale of Mad Rags (u) | 0.00 | 160,000.00 | | 55,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2,049.09 | FA |
| 10 | Assets Totals (Excluding unknown values) | **$159,700.00** | **$219,700.00** | | **$107,049.09** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee's Final Report was filed with the Court on 1/16/2009.

**Initial Projected Date Of Final Report (TFR):**    September 30, 2005    **Current Projected Date Of Final Report (TFR):**    January 16, 2009 (Actual)

Printed: 07/03/2009 09:43 AM    V.11.12

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 04-11995 | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | FISHMAN, STUART | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | FISHMAN, SHAUN | | Account: | ***-*****13-19 - Time Deposit Account |
| Taxpayer ID #: | 13-7460454 | | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 07/03/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/17/06 | | FUNDING ACCOUNT: ********1365 | | 9999-000 | 50,000.00 | | 50,000.00 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5000% | 1270-000 | 24.66 | | 50,024.66 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 63.77 | | 50,088.43 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 63.85 | | 50,152.28 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 59.81 | | 50,212.09 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 64.01 | | 50,276.10 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 62.02 | | 50,338.12 |
| 12/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 37.25 | | 50,375.37 |
| 06/18/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 386.53 | | 50,761.90 |
| 12/13/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4500% | 1270-000 | 370.52 | | 51,132.42 |
| 06/10/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.2800% | 1270-000 | 334.61 | | 51,467.03 |
| 12/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6700% | 1270-000 | 170.33 | | 51,637.36 |
| 02/18/09 | | To Account #********1366 | transfer to checking account to close estate | 9999-000 | | ! 51,637.36 | 0.00 |
| 03/01/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 49.87 | | 49.87 |
| 03/01/09 | | Chase Bank | transfer of additional earned interest to checking account | 9999-000 | | 0.00 | 49.87 |
| 03/01/09 | | Chase Bank | transfer of additional earned interest to estate checking account | 9999-000 | | 49.87 | 0.00 |
| | | | ACCOUNT TOTALS | | 51,687.23 | 51,687.23 | $0.00 |
| | | | Less: Bank Transfers | | 50,000.00 | 51,687.23 | |
| | | | **Subtotal** | | **1,687.23** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,687.23** | **$0.00** | |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 07/03/2009 09:43 AM    V.11.12

Exhibit 9

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 04-11995  
**Case Name:** FISHMAN, STUART  
FISHMAN, SHAUN  
**Taxpayer ID #:** 13-7460454  
**Period Ending:** 07/03/09

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****13-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/11/05 | {1} | Law offices of Michael Morrisroe, Ltd. | proceeds from sale of real estate | 1110-000 | 50,000.00 | | 50,000.00 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 6.71 | | 50,006.71 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 15.96 | | 50,022.67 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 17.34 | | 50,040.01 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 19.13 | | 50,059.14 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 19.68 | | 50,078.82 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 21.75 | | 50,100.57 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 22.65 | | 50,123.22 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.07 | | 50,148.29 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 28.24 | | 50,176.53 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 26.95 | | 50,203.48 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 29.86 | | 50,233.34 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 31.80 | | 50,265.14 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 34.16 | | 50,299.30 |
| 06/17/06 | | ACCOUNT FUNDED: ********1319 | | 9999-000 | | 50,000.00 | 299.30 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.93 | | 319.23 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.22 | | 319.45 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.22 | | 319.67 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.20 | | 319.87 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.22 | | 320.09 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.21 | | 320.30 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.20 | | 320.50 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.21 | | 320.71 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.15 | | 320.86 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.17 | | 321.03 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.17 | | 321.20 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.17 | | 321.37 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.16 | | 321.53 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.18 | | 321.71 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.17 | | 321.88 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.16 | | 322.04 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.18 | | 322.22 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.16 | | 322.38 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.16 | | 322.54 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.14 | | 322.68 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.06 | | 322.74 |

Subtotals: $50,322.74 $50,000.00

{} Asset reference(s)            Printed: 07/03/2009 09:43 AM    V.11.12

Case 04-11995    Doc 87    Filed 08/23/09    Entered 08/23/09 11:23:40    Desc Main
Document      Page 10 of 18

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 04-11995  
**Case Name:** FISHMAN, STUART  
    FISHMAN, SHAUN  
**Taxpayer ID #:** 13-7460454  
**Period Ending:** 07/03/09  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****13-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.05 | | 322.79 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.04 | | 322.83 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.04 | | 322.87 |
| 06/27/08 | {9} | Next Generation Screen Printing | deposit for payment of tax liability | 1241-000 | 55,000.00 | | 55,322.87 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.26 | | 55,323.13 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.03 | | 55,330.16 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.57 | | 55,336.73 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.26 | | 55,343.99 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 6.03 | | 55,350.02 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 4.35 | | 55,354.37 |
| 12/20/08 | 1001 | David Fishman | refund per Court order of 12/18/2008 | 8500-002 | | 1,120.42 | 54,233.95 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.92 | | 54,237.87 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.25 | | 54,240.12 |
| 02/18/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 1.32 | | 54,241.44 |
| 02/18/09 | | To Account #********1366 | | 9999-000 | | 54,241.44 | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | 105,361.86 | 105,361.86 | $0.00 |
| Less: Bank Transfers | 0.00 | 104,241.44 | |
| **Subtotal** | 105,361.86 | 1,120.42 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$105,361.86** | **$1,120.42** | |

{} Asset reference(s)                        Printed: 07/03/2009 09:43 AM    V.11.12

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-11995 | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | FISHMAN, STUART | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | FISHMAN, SHAUN | | Account: | ***-*****13-66 - Checking Account |
| Taxpayer ID #: | 13-7460454 | | Blanket Bond: | $50,000,000.00 (per case limit) |
| Period Ending: | 07/03/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/18/09 | | From Account #********1365 | | 9999-000 | 54,241.44 | | 54,241.44 |
| 02/18/09 | | From Account #********1319 | transfer to checking account to close estate | 9999-000 | ! 51,637.36 | | 105,878.80 |
| 02/20/09 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $8,543.57, Trustee Compensation; Reference: | 2100-000 | | 8,543.57 | 97,335.23 |
| 02/20/09 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,500.48, Trustee Expenses; Reference: | 2200-000 | | 1,500.48 | 95,834.75 |
| 02/20/09 | 103 | JOSEPH R. VOILAND | Dividend paid 100.00% on $11,200.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 11,200.50 | 84,634.25 |
| 02/20/09 | 104 | JOSEPH R. VOILAND | Dividend paid 100.00% on $674.50, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 674.50 | 83,959.75 |
| 02/20/09 | 105 | U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $150.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 150.00 | 83,809.75 |
| 02/20/09 | 106 | Internal Revenue Service | Dividend paid 100.00% on $42,679.58; Claim# 2; Final distribution Voided on 02/20/09 | 5800-000 | | ! 42,679.58 | 41,130.17 |
| 02/20/09 | 106 | Internal Revenue Service | Dividend paid 100.00% on $42,679.58; Claim# 2; Final distribution Voided: check issued on 02/20/09 | 5800-000 | | ! -42,679.58 | 83,809.75 |
| 02/20/09 | 107 | Troy Corporation | Dividend paid 10.32% on $198,338.29; Claim# 1; Final distribution Voided on 02/20/09 | 7100-000 | | ! 20,468.90 | 63,340.85 |
| 02/20/09 | 107 | Troy Corporation | Dividend paid 10.32% on $198,338.29; Claim# 1; Final distribution Voided: check issued on 02/20/09 | 7100-000 | | ! -20,468.90 | 83,809.75 |
| 02/20/09 | 108 | Discover Bank | Dividend paid 10.32% on $12,120.46; Claim# 3; Final distribution Voided on 02/20/09 | 7100-000 | | ! 1,250.85 | 82,558.90 |
| 02/20/09 | 108 | Discover Bank | Dividend paid 10.32% on $12,120.46; Claim# 3; Final distribution Voided: check issued on 02/20/09 | 7100-000 | | ! -1,250.85 | 83,809.75 |
| 02/20/09 | 109 | Discover Bank | Dividend paid 10.32% on $13,000.87; Claim# 4; Final distribution Voided on 02/20/09 | 7100-000 | | ! 1,341.71 | 82,468.04 |
| 02/20/09 | 109 | Discover Bank | Dividend paid 10.32% on $13,000.87; Claim# 4; Final distribution Voided: check issued on 02/20/09 | 7100-000 | | ! -1,341.71 | 83,809.75 |

Subtotals : $105,878.80 $22,069.05

{} Asset reference(s) !-Not printed or not transmitted Printed: 07/03/2009 09:43 AM V.11.12

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 04-11995  
**Case Name:** FISHMAN, STUART  
FISHMAN, SHAUN  
**Taxpayer ID #:** 13-7460454  
**Period Ending:** 07/03/09  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****13-66 - Checking Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/20/09 | 110 | Heritage LLC | Dividend paid 10.32% on $15,584.34; Claim# 5; Final distribution Voided on 02/20/09 | 7100-000 | | ! 1,608.33 | 82,201.42 |
| 02/20/09 | 110 | Heritage LLC | Dividend paid 10.32% on $15,584.34; Claim# 5; Final distribution Voided: check issued on 02/20/09 | 7100-000 | | ! -1,608.33 | 83,809.75 |
| 02/20/09 | 111 | Stahl's | Dividend paid 10.32% on $680.91; Claim# 6; Final distribution Voided on 02/20/09 | 7100-000 | | ! 70.27 | 83,739.48 |
| 02/20/09 | 111 | Stahl's | Dividend paid 10.32% on $680.91; Claim# 6; Final distribution Voided: check issued on 02/20/09 | 7100-000 | | ! -70.27 | 83,809.75 |
| 02/20/09 | 112 | American Express Travel Related Services | Dividend paid 10.32% on $431.65; Claim# 7; Final distribution Voided on 02/20/09 | 7100-000 | | ! 44.55 | 83,765.20 |
| 02/20/09 | 112 | American Express Travel Related Services | Dividend paid 10.32% on $431.65; Claim# 7; Final distribution Voided: check issued on 02/20/09 | 7100-000 | | ! -44.55 | 83,809.75 |
| 02/20/09 | 113 | eCAST Settlement Corporation, assignee of | Dividend paid 10.32% on $2,496.21; Claim# 8; Final distribution Voided on 02/20/09 | 7100-000 | | ! 257.61 | 83,552.14 |
| 02/20/09 | 113 | eCAST Settlement Corporation, assignee of | Dividend paid 10.32% on $2,496.21; Claim# 8; Final distribution Voided: check issued on 02/20/09 | 7100-000 | | ! -257.61 | 83,809.75 |
| 02/20/09 | 114 | eCAST Settlement Corporation, assignee of | Dividend paid 10.32% on $317.61; Claim# 9; Final distribution Voided on 02/20/09 | 7100-000 | | ! 32.78 | 83,776.97 |
| 02/20/09 | 114 | eCAST Settlement Corporation, assignee of | Dividend paid 10.32% on $317.61; Claim# 9; Final distribution Voided: check issued on 02/20/09 | 7100-000 | | ! -32.78 | 83,809.75 |
| 02/20/09 | 115 | eCAST Settlement Corporation, assignee of | Dividend paid 10.32% on $535.79; Claim# 10; Final distribution Voided on 02/20/09 | 7100-000 | | ! 55.29 | 83,754.46 |
| 02/20/09 | 115 | eCAST Settlement Corporation, assignee of | Dividend paid 10.32% on $535.79; Claim# 10; Final distribution Voided: check issued on 02/20/09 | 7100-000 | | ! -55.29 | 83,809.75 |
| 02/20/09 | 116 | American Express Travel Related Svcs Co | Dividend paid 10.32% on $1,836.12; Claim# 11; Final distribution Voided on 02/20/09 | 7100-000 | | ! 189.49 | 83,620.26 |

Subtotals : $0.00 $189.49

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 07/03/2009 09:43 AM     V.11.12

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 04-11995  
**Case Name:** FISHMAN, STUART  
    FISHMAN, SHAUN  
**Taxpayer ID #:** 13-7460454  
**Period Ending:** 07/03/09

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*13-66 - Checking Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/20/09 | 116 | American Express Travel Related Svcs Co | Dividend paid 10.32% on $1,836.12; Claim# 11; Final distribution<br>Voided: check issued on 02/20/09 | 7100-000 | | ! -189.49 | 83,809.75 |
| 02/20/09 | 117 | American Express Travel Related Services Co., Inc. | Dividend paid 10.32% on $1,238.72; Claim# 12; Final distribution<br>Voided on 02/20/09 | 7100-000 | | ! 127.84 | 83,681.91 |
| 02/20/09 | 117 | American Express Travel Related Services Co., Inc. | Dividend paid 10.32% on $1,238.72; Claim# 12; Final distribution<br>Voided: check issued on 02/20/09 | 7100-000 | | ! -127.84 | 83,809.75 |
| 02/20/09 | 118 | American Express Bank, FSB | Dividend paid 10.32% on $13,516.98; Claim# 13; Final distribution<br>Voided on 02/20/09 | 7100-000 | | ! 1,394.98 | 82,414.77 |
| 02/20/09 | 118 | American Express Bank, FSB | Dividend paid 10.32% on $13,516.98; Claim# 13; Final distribution<br>Voided: check issued on 02/20/09 | 7100-000 | | ! -1,394.98 | 83,809.75 |
| 02/20/09 | 119 | American Express Travel Related Services Co., Inc. | Dividend paid 10.32% on $3,004.89; Claim# 14; Final distribution<br>Voided on 02/20/09 | 7100-000 | | ! 310.11 | 83,499.64 |
| 02/20/09 | 119 | American Express Travel Related Services Co., Inc. | Dividend paid 10.32% on $3,004.89; Claim# 14; Final distribution<br>Voided: check issued on 02/20/09 | 7100-000 | | ! -310.11 | 83,809.75 |
| 02/20/09 | 120 | American Express Bank, FSB | Dividend paid 10.32% on $13,905.64; Claim# 15; Final distribution<br>Voided on 02/20/09 | 7100-000 | | ! 1,435.09 | 82,374.66 |
| 02/20/09 | 120 | American Express Bank, FSB | Dividend paid 10.32% on $13,905.64; Claim# 15; Final distribution<br>Voided: check issued on 02/20/09 | 7100-000 | | ! -1,435.09 | 83,809.75 |
| 02/20/09 | 121 | American Express Bank, FSB | Dividend paid 10.32% on $23,661.44; Claim# 16; Final distribution<br>Voided on 02/20/09 | 7100-000 | | ! 2,441.91 | 81,367.84 |
| 02/20/09 | 121 | American Express Bank, FSB | Dividend paid 10.32% on $23,661.44; Claim# 16; Final distribution<br>Voided: check issued on 02/20/09 | 7100-000 | | ! -2,441.91 | 83,809.75 |
| 02/20/09 | 122 | American Express Centurion Bank | Dividend paid 10.32% on $5,150.17; Claim# 17; Final distribution<br>Voided on 02/20/09 | 7100-000 | | ! 531.51 | 83,278.24 |
| 02/20/09 | 122 | American Express Centurion Bank | Dividend paid 10.32% on $5,150.17; Claim# 17; Final distribution<br>Voided: check issued on 02/20/09 | 7100-000 | | ! -531.51 | 83,809.75 |

Subtotals :   $0.00   $-189.49

{} Asset reference(s)        !-Not printed or not transmitted        Printed: 07/03/2009 09:43 AM   V.11.12

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 04-11995  
**Case Name:** FISHMAN, STUART  
FISHMAN, SHAUN  
**Taxpayer ID #:** 13-7460454  
**Period Ending:** 07/03/09

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****13-66 - Checking Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/20/09 | 123 | American Express Travel Related Svcs Co | Dividend paid 10.32% on $2,319.42; Claim# 18; Final distribution<br>Voided on 02/20/09 | 7100-000 | | ! 239.37 | 83,570.38 |
| 02/20/09 | 123 | American Express Travel Related Svcs Co | Dividend paid 10.32% on $2,319.42; Claim# 18; Final distribution<br>Voided: check issued on 02/20/09 | 7100-000 | | ! -239.37 | 83,809.75 |
| 02/20/09 | 124 | Bank of America | Dividend paid 10.32% on $16,373.86; Claim# 19; Final distribution<br>Voided on 02/20/09 | 7100-000 | | ! 1,689.81 | 82,119.94 |
| 02/20/09 | 124 | Bank of America | Dividend paid 10.32% on $16,373.86; Claim# 19; Final distribution<br>Voided: check issued on 02/20/09 | 7100-000 | | ! -1,689.81 | 83,809.75 |
| 02/20/09 | 125 | Bank of America | Dividend paid 10.32% on $13,120.95; Claim# 20; Final distribution<br>Voided on 02/20/09 | 7100-000 | | ! 1,354.11 | 82,455.64 |
| 02/20/09 | 125 | Bank of America | Dividend paid 10.32% on $13,120.95; Claim# 20; Final distribution<br>Voided: check issued on 02/20/09 | 7100-000 | | ! -1,354.11 | 83,809.75 |
| 02/20/09 | 126 | MBNA America Bank N A | Dividend paid 10.32% on $16,554.44; Claim# 23; Final distribution<br>Voided on 02/20/09 | 7100-000 | | ! 1,708.45 | 82,101.30 |
| 02/20/09 | 126 | MBNA America Bank N A | Dividend paid 10.32% on $16,554.44; Claim# 23; Final distribution<br>Voided: check issued on 02/20/09 | 7100-000 | | ! -1,708.45 | 83,809.75 |
| 02/20/09 | 127 | eCAST Settlement Corporation, assignee of | Dividend paid 10.32% on $3,293.62; Claim# 24; Final distribution<br>Voided on 02/20/09 | 7100-000 | | ! 339.91 | 83,469.84 |
| 02/20/09 | 127 | eCAST Settlement Corporation, assignee of | Dividend paid 10.32% on $3,293.62; Claim# 24; Final distribution<br>Voided: check issued on 02/20/09 | 7100-000 | | ! -339.91 | 83,809.75 |
| 02/20/09 | 128 | Bank of America | Dividend paid 10.32% on $7,736.45; Claim# 25; Final distribution<br>Voided on 02/20/09 | 7100-000 | | ! 798.42 | 83,011.33 |
| 02/20/09 | 128 | Bank of America | Dividend paid 10.32% on $7,736.45; Claim# 25; Final distribution<br>Voided: check issued on 02/20/09 | 7100-000 | | ! -798.42 | 83,809.75 |
| 02/20/09 | 129 | Bank of America | Dividend paid 10.32% on $6,537.97; Claim# 26; Final distribution<br>Voided on 02/20/09 | 7100-000 | | ! 674.73 | 83,135.02 |

Subtotals : $0.00 $674.73

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 07/03/2009 09:43 AM     V.11.12

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

**Case Number:** 04-11995  
**Case Name:** FISHMAN, STUART  
FISHMAN, SHAUN  
**Taxpayer ID #:** 13-7460454  
**Period Ending:** 07/03/09  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****13-66 - Checking Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/20/09 | 129 | Bank of America | Dividend paid 10.32% on $6,537.97; Claim# 26; Final distribution Voided: check issued on 02/20/09 | 7100-000 | | ! -674.73 | 83,809.75 |
| 02/20/09 | 130 | Bank of America | Dividend paid 10.32% on $2,303.92; Claim# 27; Final distribution Voided on 02/20/09 | 7100-000 | | ! 237.77 | 83,571.98 |
| 02/20/09 | 130 | Bank of America | Dividend paid 10.32% on $2,303.92; Claim# 27; Final distribution Voided: check issued on 02/20/09 | 7100-000 | | ! -237.77 | 83,809.75 |
| 02/20/09 | 131 | Citibank South Dakota N A | Dividend paid 10.32% on $355.51; Claim# 28; Final distribution Voided on 02/20/09 | 7100-000 | | ! 36.69 | 83,773.06 |
| 02/20/09 | 131 | Citibank South Dakota N A | Dividend paid 10.32% on $355.51; Claim# 28; Final distribution Voided: check issued on 02/20/09 | 7100-000 | | ! -36.69 | 83,809.75 |
| 02/20/09 | 132 | Citibank South Dakota N A | Dividend paid 10.32% on $223.93; Claim# 29; Final distribution Voided on 02/20/09 | 7100-000 | | ! 23.11 | 83,786.64 |
| 02/20/09 | 132 | Citibank South Dakota N A | Dividend paid 10.32% on $223.93; Claim# 29; Final distribution Voided: check issued on 02/20/09 | 7100-000 | | ! -23.11 | 83,809.75 |
| 02/20/09 | 133 | American Express Centurion Bank | Dividend paid 10.32% on $4,212.78; Claim# 30; Final distribution Voided on 02/20/09 | 7100-000 | | ! 434.77 | 83,374.98 |
| 02/20/09 | 133 | American Express Centurion Bank | Dividend paid 10.32% on $4,212.78; Claim# 30; Final distribution Voided: check issued on 02/20/09 | 7100-000 | | ! -434.77 | 83,809.75 |
| 02/20/09 | 134 | Recovery Management Systems Corporation | Dividend paid 10.32% on $786.84; Claim# 31; Final distribution Voided on 02/20/09 | 7100-000 | | ! 81.20 | 83,728.55 |
| 02/20/09 | 134 | Recovery Management Systems Corporation | Dividend paid 10.32% on $786.84; Claim# 31; Final distribution Voided: check issued on 02/20/09 | 7100-000 | | ! -81.20 | 83,809.75 |
| 02/20/09 | 135 | Recovery Management Systems Corporation | Dividend paid 10.32% on $89.35; Claim# 32; Final distribution Voided on 02/20/09 | 7100-000 | | ! 9.22 | 83,800.53 |
| 02/20/09 | 135 | Recovery Management Systems Corporation | Dividend paid 10.32% on $89.35; Claim# 32; Final distribution Voided: check issued on 02/20/09 | 7100-000 | | ! -9.22 | 83,809.75 |

Subtotals : $0.00   $-674.73

{} Asset reference(s)         !-Not printed or not transmitted         Printed: 07/03/2009 09:43 AM   V.11.12

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| Case Number: | 04-11995 | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | FISHMAN, STUART | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | FISHMAN, SHAUN | | Account: | ***-*****13-66 - Checking Account |
| Taxpayer ID #: | 13-7460454 | | Blanket Bond: | $50,000,000.00   (per case limit) |
| Period Ending: | 07/03/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/20/09 | 136 | ECS Financial Services Inc | Dividend paid  10.32% on $15,653.11; Claim# 33; Final distribution<br>Voided on 02/20/09 | 7100-000 | | ! 1,615.43 | 82,194.32 |
| 02/20/09 | 136 | ECS Financial Services Inc | Dividend paid  10.32% on $15,653.11; Claim# 33; Final distribution<br>Voided: check issued on 02/20/09 | 7100-000 | | ! -1,615.43 | 83,809.75 |
| 02/20/09 | 137 | Augusta Sportswear | Dividend paid  10.32% on $3,158.43; Claim# 34; Final distribution<br>Voided on 02/20/09 | 7100-000 | | ! 325.96 | 83,483.79 |
| 02/20/09 | 137 | Augusta Sportswear | Dividend paid  10.32% on $3,158.43; Claim# 34; Final distribution<br>Voided: check issued on 02/20/09 | 7100-000 | | ! -325.96 | 83,809.75 |
| 03/01/09 | | Chase Bank | additional interest earned on TDA account | 9999-000 | 45.01 | | 83,854.76 |
| 03/01/09 | 138 | Internal Revenue Service | Dividend paid 100.00% on $42,679.58; Claim# 2; Final distribution | 5800-000 | | 42,679.58 | 41,175.18 |
| 03/01/09 | 139 | Troy Corporation | Dividend paid  10.33% on $198,338.29; Claim# 1; Final distribution<br>Voided on 03/08/09 | 7100-000 | | 20,491.30 | 20,683.88 |
| 03/01/09 | 140 | Discover Bank | Dividend paid  10.33% on $12,120.46; Claim# 3; Final distribution | 7100-000 | | 1,252.22 | 19,431.66 |
| 03/01/09 | 141 | Discover Bank | Dividend paid  10.33% on $13,000.87; Claim# 4; Final distribution | 7100-000 | | 1,343.18 | 18,088.48 |
| 03/01/09 | 142 | Heritage LLC | Dividend paid  10.33% on $15,584.34; Claim# 5; Final distribution<br>Stopped on 04/27/09 | 7100-000 | | 1,610.09 | 16,478.39 |
| 03/01/09 | 143 | Stahl's | Dividend paid  10.33% on $680.91; Claim# 6; Final distribution | 7100-000 | | 70.35 | 16,408.04 |
| 03/01/09 | 144 | American Express Travel Related Services | Dividend paid  10.33% on $431.65; Claim# 7; Final distribution | 7100-000 | | 44.60 | 16,363.44 |
| 03/01/09 | 145 | eCAST Settlement Corporation, assignee of | Dividend paid  10.33% on $2,496.21; Claim# 8; Final distribution | 7100-000 | | 257.90 | 16,105.54 |
| 03/01/09 | 146 | eCAST Settlement Corporation, assignee of | Dividend paid  10.33% on $317.61; Claim# 9; Final distribution | 7100-000 | | 32.81 | 16,072.73 |
| 03/01/09 | 147 | eCAST Settlement Corporation, assignee of | Dividend paid  10.33% on $535.79; Claim# 10; Final distribution | 7100-000 | | 55.36 | 16,017.37 |
| 03/01/09 | 148 | American Express Travel Related Svcs Co | Dividend paid  10.33% on $1,836.12; Claim# 11; Final distribution | 7100-000 | | 189.70 | 15,827.67 |
| 03/01/09 | 149 | American Express Travel Related Services Co., Inc. | Dividend paid  10.33% on $1,238.72; Claim# 12; Final distribution | 7100-000 | | 127.98 | 15,699.69 |

Subtotals :      $45.01      $68,155.07

{} Asset reference(s)         !-Not printed or not transmitted         Printed: 07/03/2009 09:43 AM    V.11.12

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

**Case Number:** 04-11995  
**Case Name:** FISHMAN, STUART  
FISHMAN, SHAUN  
**Taxpayer ID #:** 13-7460454  
**Period Ending:** 07/03/09

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****13-66 - Checking Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/01/09 | 150 | American Express Bank, FSB | Dividend paid 10.33% on $13,516.98; Claim# 13; Final distribution | 7100-000 | | 1,396.50 | 14,303.19 |
| 03/01/09 | 151 | American Express Travel Related Services Co., Inc. | Dividend paid 10.33% on $3,004.89; Claim# 14; Final distribution | 7100-000 | | 310.45 | 13,992.74 |
| 03/01/09 | 152 | American Express Bank, FSB | Dividend paid 10.33% on $13,905.64; Claim# 15; Final distribution | 7100-000 | | 1,436.66 | 12,556.08 |
| 03/01/09 | 153 | American Express Bank, FSB | Dividend paid 10.33% on $23,661.44; Claim# 16; Final distribution | 7100-000 | | 2,444.58 | 10,111.50 |
| 03/01/09 | 154 | American Express Centurion Bank | Dividend paid 10.33% on $5,150.17; Claim# 17; Final distribution | 7100-000 | | 532.09 | 9,579.41 |
| 03/01/09 | 155 | American Express Travel Related Svcs Co | Dividend paid 10.33% on $2,319.42; Claim# 18; Final distribution | 7100-000 | | 239.63 | 9,339.78 |
| 03/01/09 | 156 | Bank of America | Dividend paid 10.33% on $16,373.86; Claim# 19; Final distribution | 7100-000 | | 1,691.66 | 7,648.12 |
| 03/01/09 | 157 | Bank of America | Dividend paid 10.33% on $13,120.95; Claim# 20; Final distribution | 7100-000 | | 1,355.59 | 6,292.53 |
| 03/01/09 | 158 | MBNA America Bank N A | Dividend paid 10.33% on $16,554.44; Claim# 23; Final distribution | 7100-000 | | 1,710.32 | 4,582.21 |
| 03/01/09 | 159 | eCAST Settlement Corporation, assignee of | Dividend paid 10.33% on $3,293.62; Claim# 24; Final distribution | 7100-000 | | 340.28 | 4,241.93 |
| 03/01/09 | 160 | Bank of America | Dividend paid 10.33% on $7,736.45; Claim# 25; Final distribution | 7100-000 | | 799.29 | 3,442.64 |
| 03/01/09 | 161 | Bank of America | Dividend paid 10.33% on $6,537.97; Claim# 26; Final distribution | 7100-000 | | 675.47 | 2,767.17 |
| 03/01/09 | 162 | Bank of America | Dividend paid 10.33% on $2,303.92; Claim# 27; Final distribution | 7100-000 | | 238.03 | 2,529.14 |
| 03/01/09 | 163 | Citibank South Dakota N A | Dividend paid 10.33% on $355.51; Claim# 28; Final distribution Voided on 03/20/09 | 7100-000 | | 36.73 | 2,492.41 |
| 03/01/09 | 164 | Citibank South Dakota N A | Dividend paid 10.33% on $223.93; Claim# 29; Final distribution Voided on 03/20/09 | 7100-000 | | 23.14 | 2,469.27 |
| 03/01/09 | 165 | American Express Centurion Bank | Dividend paid 10.33% on $4,212.78; Claim# 30; Final distribution | 7100-000 | | 435.24 | 2,034.03 |
| 03/01/09 | 166 | Recovery Management Systems Corporation | Dividend paid 10.33% on $786.84; Claim# 31; Final distribution | 7100-000 | | 81.29 | 1,952.74 |
| 03/01/09 | 167 | Recovery Management Systems Corporation | Dividend paid 10.33% on $89.35; Claim# 32; Final distribution | 7100-000 | | 9.23 | 1,943.51 |
| 03/01/09 | 168 | ECS Financial Services Inc | Dividend paid 10.33% on $15,653.11; Claim# | 7100-000 | | 1,617.20 | 326.31 |

Subtotals: $0.00   $15,373.38

{} Asset reference(s)

Printed: 07/03/2009 09:43 AM   V.11.12

# Form 2

## Cash Receipts And Disbursements Record

Page: 11

| Case Number: | 04-11995 | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | FISHMAN, STUART | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | FISHMAN, SHAUN | | Account: | ***-*****13-66 - Checking Account |
| Taxpayer ID #: | 13-7460454 | | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 07/03/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 33; Final distribution | | | | |
| 03/01/09 | 169 | Augusta Sportswear | Dividend paid  10.33% on $3,158.43; Claim# 34; Final distribution | 7100-000 | | 326.31 | 0.00 |
| 03/08/09 | 139 | Troy Corporation | Dividend paid  10.33% on $198,338.29; Claim# 1; Final distribution<br>Voided: check issued on 03/01/09 | 7100-000 | | -20,491.30 | 20,491.30 |
| 03/08/09 | 170 | Troy Corporation | final distribution - claim no. 1 | 7100-000 | | 20,491.30 | 0.00 |
| 03/20/09 | 163 | Citibank South Dakota N A | Dividend paid  10.33% on $355.51; Claim# 28; Final distribution<br>Voided: check issued on 03/01/09 | 7100-000 | | -36.73 | 36.73 |
| 03/20/09 | 164 | Citibank South Dakota N A | Dividend paid  10.33% on $223.93; Claim# 29; Final distribution<br>Voided: check issued on 03/01/09 | 7100-000 | | -23.14 | 59.87 |
| 03/20/09 | 171 | Clerk of the Bankruptcy Court, ND, IL | deposit of unclaimed property | 7100-900 | | 59.87 | 0.00 |
| 04/27/09 | 142 | Heritage LLC | Dividend paid  10.33% on $15,584.34; Claim# 5; Final distribution<br>Stopped: check issued on 03/01/09 | 7100-000 | | -1,610.09 | 1,610.09 |
| 04/27/09 | 172 | Clerk Of the Bankruptcy Court, ND ILL | deposit of unclaimed property | 7100-000 | | 1,610.09 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 105,923.81 | 105,923.81 | **$0.00** |
| | | Less: Bank Transfers | | | 105,923.81 | 0.00 | |
| | | **Subtotal** | | | **0.00** | **105,923.81** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$105,923.81** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| CD # ***-*****13-19 | 1,687.23 | 0.00 | 0.00 |
| MMA # ***-*****13-65 | 105,361.86 | 1,120.42 | 0.00 |
| Checking # ***-*****13-66 | 0.00 | 105,923.81 | 0.00 |
| | **$107,049.09** | **$107,044.23** | **$0.00** |

{} Asset reference(s)                                                                                                           Printed: 07/03/2009 09:43 AM    V.11.12